# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.                         CASE NO.:  2:11-cr-298
                                     JUDGE SMITH
                                     MAGISTRATE JUDGE KEMP

JASON SIMCOX,

        Defendant.

## ORDER

On January 20, 2012, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Simcox's guilty plea to Count One of the Information charging him with engaging in a monetary transaction affecting a financial institution in criminally derived property valued at greater than $10,000, in violation of 18 U.S.C. § 1957.  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Count One of the Information. Defendant is hereby adjudged guilty of engaging in a monetary transaction affecting a financial institution in criminally derived property valued at greater than $10,000.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**